NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EVELYN MARTINEZ,                                    )
                                                   )
              Appellant,                           )
                                                   )
v.                                                 )        Case No. 2D17-1694
                                                   )
FEDERAL NATIONAL MORTGAGE                          )
ASSOCIATION; KEN STEPHENS;                         )
AMBERLY OAKS TOWNHOMES OF                          )
HILLSBOROUGH ASSOCIATION, INC.;                    )
FLORIDA BANK F/K/A BANK OF ST.                     )
PETERSBURG; MORTGAGE                               )
ELECTRONIC REGISTRATION SYSTEMS                    )
INCORPORATED, ACTING SOLEY AS                      )
NOMINEE FOR MORRISON FINANCIAL                     )
SERVICES OF FLORIDA, LLC; STATE OF                 )
FLORIDA DEPARTMENT OF REVENUE;                     )
CARLOTA H. MYERS; UNKNOWN                          )
TENANT IN POSSESSION OF THE                        )
SUBJECT PROPERTY,                                  )
                                                   )
              Appellees.                           )
_____            )

Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Richard A.
Nielsen, Judge.

Kimberly Mills Kuhn, Tarpon Springs,
for Appellant.

Robert R. Edwards of Choice Legal
Group, P.A., Ft. Lauderdale, for
Appellee Federal National Mortgage

Association/ Fannie Mae.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LaROSE, C.J., and KHOUZAM and CRENSHAW, JJ., Concur.